

# United States District Court
### Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

July 18, 2019

Clerk, United States District Court

__Southern__ District of __California__

333 West Broadway, Room 420
San Diego, CA 92101

Re:   Transfer of Jurisdiction of Probation
   Your Case No. 2:19-cr-00413-VAP
   Assigned Our Case No. 16CR02628-001-LAB
   Case Title: USA v. Santino Guiseppi Lemos

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Virginia A. Phillips.

Please forward to this district certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By Benjamin_Moss@cacd.uscourts.gov
Deputy Clerk

cc:   Probation Office, Central District of California
   Probation Office, District of Origin

CR-25 (06/18)           **TRANSMITTAL LETTER - PROBATION TRANSFER IN**